UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES MESSINA,

      Plaintiff,

v.                               Case No:  2:16-cv-387-FtM-29CM

MID-CONTINENT CASUALTY
COMPANY, GREAT AMERICAN
INSURANCE COMPANY,
ZURICH AMERICAN INS.
COMPANY and ZURICH
AMERICAN INS. COMPANY,

      Defendants.

---

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Complaint (Doc. 6),

filed on June 1, 2016.  Plaintiff requests leave to file an Amended Complaint to

correct the jurisdictional allegations to comply with the federal rules, and to remove

the request for "bad faith."  Doc. 6 at 2.  Defendants have no objection to the

proposed amendment. *Id.* at 2.  For the reasons set forth below, Plaintiff's motion is

granted.

Rule 15, Federal Rules of Civil Procedure, provides that, for amendments not

filed as a matter of course, "a party may amend its pleading only with the opposing

party's written consent or the court's leave.  The court should freely give leave when

justice so requires." Fed. R. Civ. P. 15(a)(2).  "Although leave to amend shall be

freely given when justice so requires, a motion to amend may be denied on numerous

grounds such as undue delay, undue prejudice to the defendants, and futility of the

amendment." *Maynard v. Bd. of Regents of the Div. of Univs. of the Fla. Dep't of Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1287 (11th Cir. 2003) (internal quotation marks omitted).

Upon review of Plaintiff's Second Amended Complaint, the Court finds that amendment would not be futile as Plaintiff has asserted a good faith basis for the amendment, and there is no evidence that granting Plaintiff's motion would cause undue prejudice to Defendants. Thus, the Court will allow the amendment. Because the Court will allow the amendment, Defendants Mid-Continent Casualty Insurance Company and Great American Insurance Company's Motion to Strike Plaintiff's Requests for Supplement Relief (Doc. 4) and the Agreed Motion for Extension of Time for Defendants, Zurich American Insurance Company, as Successor by Merger to Assurance Company of America and Zurich American Insurance Company, as Successor by Merger to Maryland Casualty Company, to Respond to the Complaint (Doc. 9) are denied as moot.

ACCORDINGLY, it is hereby

**ORDERED:**

1.      Unopposed Motion to Amend Complaint (Doc. 6) is **GRANTED**.

2.      The Clerk is directed to docket Plaintiff's Second Amended Complaint and Demand for Jury Trial (Doc. 6-1) along with the exhibits to the Second Amended Complaint as a separate docket entry.

3.      Defendants Mid-Continent Casualty Insurance Company and Great American Insurance Company's Motion to Strike Plaintiff's Requests for Supplement Relief (Doc. 4) is **DENIED as moot.**

4.      The Agreed Motion for Extension of Time for Defendants, Zurich American Insurance Company, as Successor by Merger to Assurance Company of America and Zurich American Insurance Company, as Successor by Merger to Maryland Casualty Company, to Respond to the Complaint (Doc. 9) is **DENIED as moot.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 10th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record